IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05-10106-01-MLB |
| ) | |
| JOSEPH CARL OWENS, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

ORDER

This matter comes on for hearing on the Government's Motion for Forfeiture of Bond and Issuance of an Arrest Warrant for defendant Joseph Carl Owens, for his violation of the conditions of release and bond. The United States appears by and through Assistant United States Attorney Mona Lee Furst. There are no other appearances. After reviewing the Government's motion, the Court finds that the motion should be granted.

IT IS THEREFORE ORDERED that a warrant for the arrest of Joseph Carl Owens be issued, and that the United States Marshal or other authorized officer bring the defendant before this Court.

IT IS FURTHER ORDERED that the forty-thousand dollars ($40,000.00) designated in the appearance bond be forfeited to the United States.

IT IS SO ORDERED.

                                                                                                      s/Monti Belot
                                                                                                      HONORABLE MONTI L. BELOT
                                                                                                      UNITED STATES DISTRICT COURT JUDGE